IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PROGRAM 360, LLC )
) No. 3-13-0789
v. )
)
SCOTT CLEVELAND )

O R D E R

A case management conference is scheduled on **Wednesday, December 4, 2013, at 11:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN, to address the defendant's motion to continue deadlines (Docket Entry No. 23), and any other appropriate extensions or matters in light of defendant's change of counsel.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge