IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PROGRAM 360, LLC )
)  No. 3-13-0789
v. )
)
SCOTT CLEVELAND )

O R D E R

In accord with the order entered November 22, 2013 (Docket Entry No. 27), a case management conference was held on December 4, 2013, at which time the following matters were addressed:

1. The Court disclosed to counsel a possible basis for judicial disqualification. Thereafter, the Court recessed and counsel conferred with themselves and with their clients, and, when Court reconvened, counsel for both parties announced on the record that they did not seek disqualification. Therefore, the Court was able to continue with the case management conference, but advised counsel that the Clerk would issue a notice concerning waiver of judicial disqualification in accord with Canon 3D of the Judicial Code of Conduct.

2. The plaintiff shall have until December 20, 2013, to file a response to the defendant's counter-claim (Docket Entry No. 26).

3. The motion to continue deadlines (Docket Entry No. 23) is GRANTED to the extent that the time for the parties to serve initial disclosures in accord with Rule 26(a)(1) of the Federal Rules of Civil Procedure is extended to January 2, 2014.[1]

4. The time for counsel and the parties to discuss settlement prospects, as provided in the order entered September 25, 2013 (Docket Entry No. 16), is extended to January 10, 2014.

5. Defendant's counsel agreed that the defendant would provide certain financial documents prior to the conference, in hopes of facilitating those discussions.

---

[1] The other deadlines that the defendant sought to extend are now rendered moot.

6. The November 26, 2013, deadline for the parties to file a joint mediation statement, as provided in the order entered September 25, 2013 (Docket Entry No. 14), is extended to January 24, 2014. The joint mediation statement shall include when the parties participated in a conference to address potential settlement, whether the parties were able to reach a resolution of this case and, if so, when they will file an agreed order or stipulation of dismissal, and, if not, whether any potential for settlement remains.

7. Except as modified herein, the deadlines provided in the orders entered September 25, 2013 (Docket Entry Nos. 14-15), remain in full force and effect.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge