IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PROGRAM 360, LLC )
) No. 3-13-0789
v. )
)
SCOTT CLEVELAND )

O R D E R

Counsel for the parties shall convene a telephone conference call with the Court on **Wednesday, May 14, 2014, at 11:00 a.m.,** to be initiated by defendant's counsel, to address the parties' joint motion for extension of deadlines (Docket Entry No. 37) and whether the scheduling deadlines can be adjusted so that the February 24, 2015, trial date can be maintained.

If this date and time presents scheduling conflicts for counsel, they shall confer and call Ms. Jeanne Cox, Courtroom Deputy, at 615-736-5164, to reschedule.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge