IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PROGRAM 360, LLC )
) No. 3-13-0789
v. )
)
SCOTT CLEVELAND )

O R D E R

Pursuant to the order entered May 5, 2014 (Docket Entry No. 38), counsel for the parties called the Court on May 14, 2014, at which time the following matters were addressed:

1. The parties' joint motion for extension of deadlines in the case management order (Docket Entry No. 37) is GRANTED to the extent provided herein.

2. The May 16, 2014, deadline for completion of fact depositions is extended to July 31, 2014.

3. The May 23, 2014, deadline to file any discovery motion relating to fact discovery is extended to August 1, 2014. If discovery issues or disputes arise toward the end of the discovery period, counsel for the parties shall schedule a telephone conference call with the Court as soon as possible after the issue arises.[1]

4. The June 20, 2014, deadline for the plaintiff to serve expert disclosures in accord with Rule 26(a)(2) of the Federal Rules of Civil Procedure is extended to August 20, 2014.

5. The July 21, 2104, deadline for the defendant to serve Rule 26(a)(2) expert disclosures is extended to September 20, 2014.

6. The July 30, 2014, deadline for filing any dispositive motion is extended to October 13, 2014. Any response shall be filed within 30 days of the filing of the response or by November 12, 2014, if the motion is filed on October 13, 2014. Any reply, if necessary, shall be

---

[1] Counsel may always schedule a conference call with the Court to address any discovery issues or disputes, but it is particularly important that they do so toward the end of discovery period, especially in the event that a motion cannot be filed by the August 1, 2014, deadline.

filed within 14 days of the filing of the response or by November 26, 2014, if the response is filed on November 12, 2014.

No other filings in support of or in opposition to any dispositive motion shall be made after November 26, 2014, except with the express permission of the Honorable Todd J. Campbell.

No party shall file more than one Rule 12 motion to dismiss or more than one Rule 56 motion for summary judgment.

7. The August 15, 2014, deadline for the plaintiff to serve rebuttal expert disclosures is extended to November 1, 2014.

8. The August 19, 2014, deadline for the defendant to file a motion to strike any rebuttal expert disclosures served by the plaintiff is extended to November 14, 2014.

9. The October 17, 2014, deadline for completion of expert discovery is extended to January 9, 2015.

10. The pretrial conference and jury trial remain scheduled on February 13, 2015, and February 24, 2015, respectively, as provided in the order entered October 18, 2013 (Docket Entry No. 22).

Except as modified herein, the orders entered September 25, 2013, and September 26, 2013 (Docket Entry Nos. 14 and 16), as amended by the orders entered October 8, 2013 (Docket Entry No. 18), December 5, 2013 (Docket Entry No. 29), and February 28, 2014 (Docket Entry No. 36), remain in full force and effect.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge